UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. _____

Removed from Kenton Circuit Court, Division Three (3)
Civil Action No. 18-CI-2110

| | |
|---|---|
| DRYSDALE, INC. F/K/A DRYSDALE TRUCKING, ING. | PLAINTIFF |
| v. | |
| UNITED FINANCIAL CASUALTY COMPANY; and PROGRESSIVE COMMERCIAL CASUALTY COMPANY | DEFENDANTS |

\* \* \* \* \* \* \*

## NOTICE OF REMOVAL

Defendants, United Financial Casualty Company ("United Financial") and Progressive Commercial Casualty Company ("Progressive Commercial") (collectively, "Defendants"), consent and jointly remove the action captioned *Drysdale, Inc. F/K/A Drysdale Trucking Inc. v. United Financial Casualty Company and Progressive Commercial Casualty Company,* Case No. 18-CI-2110, which is currently pending in Kenton Circuit Court, Division Three (3), in the Commonwealth of Kentucky to the United States District Court for the Eastern District of Kentucky, Northern Division at Covington.

This action was originally filed against the wrong Defendant, Progressive Commercial. To correct this deficiency, Plaintiff ("Drysdale") moved to Amended its Complaint to name the correct Defendant, United Financial. The Kenton Circuit Court

granted that motion on April 24, 2019. Pursuant to that Order, Plaintiff filed its Amended Complaint on May 17, 2019.

Title 28 U.S.C. § 1446(b) requires a notice of removal to be filed within thirty days after the receipt by the defendant of a pleading "from which it may be ascertained that the case is one that is or has become removable." While this action has been pending for several months against an improper entity, the addition of the new and correct defendant "opens a new window of removal" under §1446(b). *Braud v. Transport Service Co. of Illinois*, 445 F.3d 801 (5th Cir. 2006); *Knudsen v. Liberty Mut. Ins. Co.*, 411 F.3d 805 (7th Cir.2005). "[A]mendments that add a new defendant 'commence' the civil action as to the added party." *Id.* at 804.

Additionally, in cases with multiple defendants served at different times, the later-served defendant has 30 days from the date of service to remove a case to federal district court, with consent of remaining defendants. *Brierly v. Alusuisse Flexible Packaging, Inc.*, 184 F.3d 527, 532 (6th Cir. 1999); *Barbour v. International Union*, 594 F.3d 315 (4th Cir. 2010). Consistent with 28 U.S.C. §1446(b), Sixth Circuit precedent, and precedent from other jurisdictions, this Notice of Removal is filed within thirty days after United Financial was served with Plaintiff's Amended Complaint. All Defendants consent and join this removal.

As grounds for their removal, Defendants state the following:

1. On or about November 29, 2018, Drysdale filed a Complaint in Kenton Circuit Court asserting breach of contract, common law bad faith and Unfair Claims Settlement Practices Act claims against Progressive Commercial for refusing to defend and indemnify Drysdale against a suit brought by White Castle System, Inc ("White

Castle") in Franklin County, Ohio Common Pleas Court. The Ohio suit concerned White Castle's cargo that was allegedly lost, stolen or damaged by Drysdale and/or unknown Defendants while being transported in Kentucky. The Complaint sought judgment of at least $80,435.47. Upon information and belief, White Castle secured a judgment in that amount. In this action, Drysdale seeks indemnity in the amount of $80,435.47 and additional but unspecified breach of contract and extra-contractual damages.

2. Although Progressive Commercial is an entity authorized to do business in Kentucky, it does not write commercial auto policies and was not involved in any way with any insurance contract issued to Drysdale. In response to the original Complaint, Progressive Commercial identified United Financial as the correct insurance company who issued the subject policy. To correct the deficiency with its original pleading and name the correct Defendant, Drysdale moved the Kenton Circuit Court on April 8, 2019 for Leave to Amend its Complaint to name United Financial as a Defendant. That motion was granted on April 24, 2019 and the Amended Complaint naming United Financial was filed on May 17, 2019.

3. Copies of all process, pleadings, and orders served upon Defendants and/or contained within the state court file are attached hereto as Exhibit 1 in accordance with 28 U.S.C. §1446(a).

4. There is complete diversity between Drysdale and each Defendant.

    a. Drysdale is at the time of the filing of this Notice of Removal, and was at the time of the commencement of this action, a resident of Boone County, Kentucky.

    b.  United Financial is at the time of the filing of this Notice of Removal, and was at the time of the commencement of this action, a corporation organized and existing under the laws of the state of Ohio, with its principal place of business in a state other than Kentucky.

    c.  Progressive Commercial is at the time of the filing of this Notice of Removal, and was at the time of the commencement of this action, a corporation organized and existing under the laws of the state of Ohio, with its principal place of business in a state other than Kentucky.

5.    Dyrsdale's action against Defendants is one over which the Court has original jurisdiction under the provisions of 28 U.S.C. §1332(a)(1), and is one that may be removed to this Court by Defendants under 28 U.S.C. §1441 because it is an action between citizens of different states and seeks in excess of $75,000 in damages, exclusive of interest and costs, from Defendants.

6.    As mentioned above, this notice of removal is filed within thirty days after the receipt by United Financial of a pleading "from which it may be ascertained that the case is one that is or has become removable." *Title 28 U.S.C. § 1446(b)*.

7.    Each of the Defendants, as evidenced by the signature of counsel, consents to the removal of this action.

8. A copy of this Notice of Removal will be filed with the Clerk for the Fayette Circuit Court in the Commonwealth of Kentucky, the Clerk of the Kentucky Court of Appeals and served upon counsel of record.

Respectfully submitted,

s/ Christopher M. Mussler
Christopher M. Mussler (KBA No. 86941)
cmussler@gsblegal.com
GWIN STEINMETZ & BAIRD PLLC
401 West Main Street, Suite 1000
Louisville, Kentucky 40202
Telephone: (502) 618-5700
Facsimile: (502) 618-5701
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on **May 24, 2019**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Mark G. Arnez
Frank K. Tremper
Arnez, Storm & Turner, P.S.C.
600 Greenup Street
Covington, KY 41011
859-431-6100
Marnzen@arnzenlaw.com
ftremper@arnzenlaw.com

s/ Christopher M. Mussler
Christopher M. Mussler