UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION at COVINGTON

CIVIL ACTION NO. 19-66-WOB-CJS

**DRYSDALE, INC.**     **PLAINTIFF**

v.     **ADR COMPLIANCE REPORT and ORDER**

**UNITED FINANCIAL CASUALTY COMPANY, et al.**     **DEFENDANTS**

\* \* \*   \* \* \*   \* \* \*   \* \* \*

In accordance with the Court's Standing Referral Order (*see* R. 6), this case was referred to the undersigned for supervision of discovery and pretrial proceedings generally. Counsel indicated the case was suitable for alternative dispute resolution, and a mutually convenient date for a court-facilitated settlement conference was identified. That settlement conference was conducted on August 5, 2020, and all required parties, representatives, and counsel attended and participated in good faith in the conference. A settlement of all claims between Plaintiff and Defendants was achieved, with the essential terms of the settlement being memorialized on the record, at audio file 2:19-cv-66-WOB-CJS_20200805_134105. The parties will be directed to complete execution of the settlement and make a dismissal filing within 30 days. Accordingly,

**IT IS ORDERED** that within 30 days of the settlement conference, the same being not later than **September 4, 2020,** the parties shall file their proposed Agreed Order of Dismissal and/or Rule 41 compliant Stipulation of Dismissal for District Judge Bertelsman's consideration.

**IT IS FURTHER ORDERED** that the unexpired case schedule deadlines (*see* R. 20) are hereby **vacated** pending the parties' processing of their settlement and dismissal of the case.

This 7th day of August, 2020.

Signed By:
Candace J. Smith
United States Magistrate Judge

TIC:   4 hrs
J:\DATA\Orders\civil cov\2019\19-66-WOB ADR rept & order.docx