UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON
CIVIL ACTION NO. 2:19-CV-00066

**DRYSDALE, INC. F/K/A DRYSDALE TRUCKING, INC.**      **PLAINTIFF**

**v.**      **STIPULATION AND AGREED ORDER OF DISMISSAL**

**UNITED FINANCIAL CASUALTY COMPANY; and
PROGRESSIVE COMMERCIAL CASUALTY COMPANY**      **DEFENDANTS**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

As evidenced by the signatures below, Plaintiff, Drysdale, Inc. f/k/a Drysdale Trucking, Inc., and Defendants, Progressive Commercial Casualty Company and United Financial Casualty Company have resolved this matter and hereby stipulate to the dismissal of this action and all claims against Defendants with prejudice; and the parties request the Court to order the same.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this action be and is hereby DISMISSED, with prejudice.

This is a final and appealable order, there being no just cause for delay.

This 15th day of September, 2020.



Signed By:
*William O. Bertelsman* WOB
United States District Judge

**TENDERED BY AND AGREED TO:**

| | |
|---|---|
| /s/Frank K. Tremper<br>Mark G. Arnzen<br>Frank K. Tremper<br>Arnzen Storm & Turner, P.S.C.<br>600 Greenup Street<br>Covington, KY 41011<br>859-431-6100<br>Marnzen@arnzenlaw.com<br>ftremper@arnzenlaw.com | /s/Christopher M. Mussler<br>Christopher M. Mussler<br>GWIN, STEINMETZ & BAIRD, PLLC<br>401 West Main Street, Suite 1000<br>Louisville, KY 40202<br>cmussler@gsblegal.com<br>(502) 618-5700<br>(502) 618-5701 – facsimile<br>*Counsel for Defendants* |

.